| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Secretary of Veterans Affairs of Washington, D.C. | Order Filed on March 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>18-34433 VFP</u><br><br>Hearing Date: 03/19/2019<br><br>Judge: Vincent F. Papalia |
| In Re:<br>    Colditz, Dawn Marie fka Dawn Marie Smith fka Dawn Marie Saunders | |

| Recommended Local Form: | [X] Followed | [ ] Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Secretary of Veterans Affairs of Washington, D.C.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as,        11 Arnold Road , Landing NJ 07850**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn Marie COLDITZ  
    Debtor

Case No. 18-34433-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 22, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.  
db          +Dawn Marie COLDITZ,    11 Arnold Road,    Landing, NJ 07850-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Secretary of Veterans Affairs of Washington, D.C.
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John A. Lipowski    on behalf of Debtor Dawn Marie COLDITZ jal1001@aol.com
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Secretary of Veterans Affairs of Washington, D.C.
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
     jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    kartztee@optonline.net,
     jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                TOTAL: 7